**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        vs.<br><br>DAVID CHAVEZ,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

                                    **8:10CR161**

                                    **ORDER**

        Defendant David Chavez appeared before the court on Monday, May 24, 2010 on a Petition for Warrant or Summons for  Offender Under Supervision [3].  The defendant  was represented by Paul M. Muia and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. The government moved for detention and a hearing was held.  Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Judge Smith Camp.

        I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

        **IT IS ORDERED**:

        1.        A final dispositional hearing will be held before  Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 12, 2010 at 9:30 a.m.**  Defendant must be present in person.

        2        The defendant, David Chavez, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

        3.        The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

        4.        Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        DATED this 25th day of May, 2010.

                                    BY THE COURT:

                                    s/ F. A. Gossett
                                    United States Magistrate Judge